[No. 3,619.]

## WRIGHT v. SNOWBALL.

NOTICE OF MOTION FOR NEW TRIAL.—Where notice of intention to move for a new trial is not given to the adverse party, nor waived by appearance or otherwise, an order denying the new trial cannot be reviewed on appeal.

APPEAL from the District Court of the Sixth Judicial District, County of Yolo.

The defendant had judgment in an action to abate a nuisance, and the plaintiff appealed.

The facts are stated in the opinion.

C. P. Sprague, for Appellant.

Creed Haymond, for Respondent.

By the COURT:

The appeal is taken only from the order denying the plaintiff's motion for a new trial. It nowhere appears that a notice of intention to move for a new trial was given by the appellant or waived by the respondent by appearance to the

motion, or in any other manner, and it is objected, and we think well objected, by the respondent, that in the absence of such a notice or waiver, the order denying a new trial cannot be reviewed here.

Order affirmed.